## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Green, Diane | Case Number:  08 B 08147 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  4/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  August 14, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 715.44 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 668.94 |
| Trustee Fee: | | 46.50 |
| Other Funds: | | 0.00 |
| Totals: | 715.44 | 715.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 668.94 |
| 2. | Gold Rush Pawn | Secured | 500.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 700.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 254.03 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 13,965.94 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 527.71 | 0.00 |
| 7. | Barry Serota | Unsecured | 448.85 | 0.00 |
| 8. | Illinois Title Loans | Unsecured | 541.35 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 406.55 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,875.00 | 0.00 |
| 11. | Onyx Acceptance Corp | Unsecured | 2,156.04 | 0.00 |
| 12. | Lease Finance Group | Unsecured | 1,169.61 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 775.39 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 806.05 | 0.00 |
| 15. | Blue Island Currency Exchange | Unsecured | | No Claim Filed |
| 16. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Delta Management Associates | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | I C Systems Inc | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Green, Diane

Printed:  9/30/08

Case Number:  08 B 08147

Judge:  Wedoff, Eugene R

Filed:  4/4/08

| | | | |
|---|---|---|---|
| 26. | Tri State Adjustment | Unsecured | No Claim Filed |
| 27. | J S Paluch Co | Unsecured | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | No Claim Filed |
| 29. | Tri State Adjustment | Unsecured | No Claim Filed |

$ 27,600.52          $ 668.94

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 46.50 |

$ 46.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: